FILED
DEC - 3 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
DEC - 9 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

LODGED
NOV 18 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

IN RE:

RONALD O. ESCOBAR,

    Debtor.

Case No. 2:09:BK-19225-PC

Chapter 7

**ORDER RE: ABANDONMENT OF ESTATE PROPERTY**

[No Hearing Required]

    Movant, Continental Assets Management, LLC, filed a MOTION TO COMPEL ABANDONMENT OF ESTATE ASSET, (9632 S. WESTERN AVENUE, LOS ANGELES, CA) PURSUANT TO § 554(b) on October 28, 2010.

    Having considered the Motion and supporting papers, and finding that no timely objection and request for hearing has been filed, and pursuant to LBR 9013-1(o) no hearing is required. The Court hereby orders that the Real Property located 9632 S. Western Avenue, Los Angeles, California, is deemed abandoned by the Chapter 7 Trustee and no longer part of the bankruptcy Estate of Ronald O. Escobar, Debtor.

Dated: Dec. 3, 2010

_____
Peter Carroll, U.S. Bankruptcy Judge

-1-
ORDER RE: ABANDONMENT OF ESTATE PROPERTY

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) <u>Order Confirming Abandonment of Estate Asset</u> was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Ronald O. Escobar, Debtor, 4925 Berryman Ave., Culver City, CA 90230
Raymond H. Aver, Esq., Attorney for Debtor, 1950 Sawtelle Blvd. Suite 328, Los Angeles, CA 90025
United States Trustee – LA, 725 Figueroa Street, 26th Floor, Los Angeles, CA 90017
Heide Kurtz, Chapter 7 Trustee, 2515 S. Western Ave., #11, San Pedro, CA 90732
Phillip H. Kwon, KWON & KIM, 3440 Wilshire Blvd., Suite 1208, Los Angeles, CA 90010

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9021-1.1.NOTICE.ENTERED.ORDER**